United States Courts
Southern District of Texas
FILED

THE LAW OFFICES OF

# DAVID B. HARBERG

1010 LAMAR, SUITE 450
HOUSTON, TEXAS 77002

SEP 2 8 2012

David J. Bradley, Clerk of Co

DAVID B. HARBERG
dharberg@harberglaw.com

TEL (713) 752-2200
FAX (832) 553-7888

September 27, 2012

*Via facsimile: (713) 250-5010*

Mr. Andrew Boyd
Case Manager
United States District Clerk
Post Office Box 61010
Houston, Texas 77208

Re:    No. 4:12-CV-00432; *Allstate Insurance Company, et al. v. William F. Donovan, M.D., et al.*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Boyd:

The parties have reached a settlement in the above referenced case. Pursuant to the Court's procedures, the parties will forward final documentation to the Court within 30 days.

Please feel free to contact me if you need additional information.

Sincerely,

David B. Harberg

DBH/kto
cc: counsel of record