IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> **Plaintiffs** <br><br> vs. <br><br> WILLIAM F. DONOVAN, M.D., LORENZO FAROLAN, M.D., OMAR VIDAL, M.D., DAVID DENT, D.O., NORTHSHORE ORTHOPEDICS ASSOC, JOHN TALAMAS, QUALITY DRILL MEDIA, LLC, MEMORIAL MRI & DIAGNOSTIC, L.L.C., MEMORIAL MRI & DIAGNOSTIC CENTER, L.P. (f/n/a MEMORIAL MRI & DIAGNOSTIC CENTER, L.L.L.P.), MICHAEL HILLIARD, SHAILESH PATEL, and KIM TRAN, <br><br> **Defendants** | § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:12-CV-00432 |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Come now Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate County Mutual Insurance Company, and Allstate Fire & Casualty Insurance Company ("Plaintiffs") and William F. Donovan, M.D., Lorenzo Farolan, M.D., Omar Vidal, M.D., David Dent, D.O., Northshore Orthopedics Assoc., John Talamas, Quality Drill Media, L.L.C., Memorial MRI & Diagnostic L.L.C., Memorial MRI & Diagnostic

Center, L.P. (f/n/a Memorial MRI & Diagnostic Center, L.L.L.P.), Michael Hilliard, Shailesh Patel, and Kim Tran ("Defendants"), and would respectfully show the Court as follows:

The Parties stipulate to the Court that all matters in controversy between the Plaintiffs and Defendants in this cause of action have been amicably resolved between the Parties, and the above-styled and numbered cause of action should be dismissed with prejudice to its refiling. The Parties have agreed to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that this cause of action be dismissed with prejudice to its refilling, and that each Party bear their own costs incurred in this action.

Respectfully submitted;

/s/ *David Kassabian*
**DAVID KASSABIAN**
Attorney-in-Charge
Texas State Bar No. 11105600
Federal I.D. No. 1330282
2261 Brookhollow Plaza Drive
Suite 300
Arlington, Texas 76006
817/460-5099 (Local)
817/461-8855 (Metro)
817/274-9863 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

**APPROVED AS TO CONTENT AND FORM:**

\_\_/s/ David Harberg_____
David Harberg
Attorney for Willian Donovan, M.D.
& Northshore Orthopedics, Assoc.


\_\_/s/Carlton Wilde_____
Carlton Wilde
Attorney for Memorial MRI &
Diagnostic Center, f/n/a
Memorial MRI & Diagnostic
Center, LLP.


\_\_/s/Zachary Thomas_____
Zachary Thomas
Attorney for David Dent, D.O.


\_\_/s/Douglas Koger_____
Douglas Koger
Attorney for Lorenzo Farolan, M.D.


\_\_/s/ Keith Lapeze_____
Attorney for Quality Drill and
& John Talamas


\_\_/s/Debra W. Biehle_____
Attorney for Omar Vidal